No. 76–5650. HENRY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 76–5652. CARNES ET AL. v. KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–5653. ZENGLEIN v. LEWIS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5655. BUCKINGHAM v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 76–5661. ZATKO v. LOS ANGELES TIMES ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–5666. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76–5669. NAPIER v. GERTRUDE ET AL. C. A. 10th Cir. Certiorari denied.

No. 76–5670. COLVIN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 76–5676. BARNETT v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 76–5680. WRIGHT v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 76–5685. BORODINE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 76–5686. SHOCKLEY v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–5692. DICKEY v. PACIFIC FINANCE LOANS ET AL. C. A. 9th Cir. Certiorari denied.